**William J. LATHAN, Plaintiff–Appellant,**

v.

**The CITY OF WHITTIER, ALASKA; et al., Defendants–Appellees.**

No. 11–35684.

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2013.*

Filed March 21, 2013.

William J. Lathan, Anchorage, AK, pro se.

Laura L. Farley, Esquire, Jennifer S. Henderson, Esquire, Farley & Graves, P.C., Michael K. Nave, Assistant Attorney General, Attorney General, State of Alaska, Anchorage, AK, for Defendants–Appellees.

Before: PREGERSON, REINHARDT, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

William J. Lathan appeals pro se from the district court's summary judgment in his copyright infringement action. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Worth v. Selchow &*

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*Righter Co.*, 827 F.2d 569, 571 (9th Cir. 1987). We affirm.

The district court properly granted summary judgment because the Copyright Act's fair use defense bars Lathan's action. 17 U.S.C. § 107 (2006); *see also Perfect 10, Inc. v. Amazon.com, Inc.*, 508 F.3d 1146, 1163 (9th Cir.2007) ("The [fair use] defense encourages and allows the development of new ideas that build on earlier ones, thus providing a necessary counterbalance to the copyright law's goal of protecting creators' work product."); *id.* at 1163–68 (explaining four-factor test for fair use analysis).

Because the district court properly made a finding of fair use, we need not review the district court's finding that the merger doctrine also bars Lathan's action.

**AFFIRMED.**